IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CLINT M. STAGG,**

    **Petitioner,**

v.          **CASE NO. 5:12-cv-194-RS-EMT**

**SECRETARY, DEPARTMENT OF CORRECTIONS,**

    **Respondent.**
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 27) and Petitioner's Objection (Doc. 29). I have reviewed the objection *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petitioner's writ of habeas corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The clerk is directed to close the file.

**ORDERED** on November 26, 2013.

                 /S/ Richard Smoak
                 **RICHARD SMOAK**
                 **UNITED STATES DISTRICT JUDGE**